**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**


HAROLD EUGENE SMITH
ADC #117926                                                                           PETITIONER


VS.                                    5:07CV00014 JTR


LARRY NORRIS, Director,
Arkansas Department of Correction                                  RESPONDENT


**JUDGMENT**

Consistent with the Memorandum and Order that was entered on this day, it is

CONSIDERED, ORDERED, and  ADJUDGED that the Petition for Writ of Habeas Corpus,

pursuant to 28 U.S.C. § 2254 (docket entry #1), is DENIED, and this habeas action is hereby

DISMISSED, WITH PREJUDICE.

Dated this 26th day of February, 2009.


_____
UNITED STATES MAGISTRATE JUDGE